MICHAEL J. STORTZ (State Bar No. 139386)
BETH O. ARNESE (State Bar No. 241186)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
COMCAST OF ALAMEDA, INC.; COMCAST OF CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III, INC.; COMCAST OF CALIFORNIA IX, INC.; COMCAST OF CALIFORNIA V, INC.; COMCAST OF CALIFORNIA VI, INC.; COMCAST OF CALIFORNIA X, INC.; COMCAST OF CALIFORNIA XIII, INC.; COMCAST CORPORATION; COMCAST OF FRESNO, INC.; COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA II, INC.; COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, INC.

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JON HART, On Behalf of Himself and All Others Similarly Situated, and On Behalf of the General Public,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST OF ALAMEDA, INC.; COMCAST OF CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III, INC.; COMCAST OF CALIFORNIA IX INC.; COMCAST OF CALIFORNIA V INC.; COMCAST OF CALIFORNIA VI INC.; COMCAST OF CALIFORNIA X INC.; COMCAST OF CALIFORNIA XIII INC.; COMCAST CORPORATION; COMCAST OF FRESNO, INC.; COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA II, INC.; COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, INC.; and DOES 1-250,<br><br>Defendants. | Case No. CV 07 6350 PJH<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\393100\1

CORPORATE DISCLOSURE

1  Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Comcast of Alameda,
2  Inc., Comcast of California II, Inc., Comcast of California III, Inc., Comcast of California
3  IX, Inc., Comcast of California V, Inc., Comcast of California VI, Inc., Comcast of
4  California X, Inc., Comcast of California XIII, Inc., Comcast Corporation, Comcast of
5  Fresno, Inc., Comcast of Marin I, Inc., Comcast of Marin II, Inc., Comcast of Northern
6  California I, Inc., Comcast of Northern California II, Inc., Comcast of Sacramento I,
7  LLC, Comcast of Sacramento II, LLC, Comcast of San Leandro, Inc., and Comcast of
8  Sierra Valleys, Inc. (collectively, "Defendants") state as follows:  Comcast Corporation is
9  a publicly traded corporation (NYSE: CMCSA).  Comcast Corporation has no parent
10 corporation.  No publicly-held corporation owns more than 10% of Comcast Corporation
11 stock.   The other Defendants are or were indirect subsidiaries of Comcast Corporation.

Dated: December 14, 2007

DRINKER BIDDLE & REATH LLP

_/s/ Michael J. Stortz_
MICHAEL J. STORTZ

Attorneys for Defendants
COMCAST OF ALAMEDA, INC.;
COMCAST OF CALIFORNIA II, INC.;
COMCAST OF CALIFORNIA III, INC.;
COMCAST OF CALIFORNIA IX, INC.;
COMCAST OF CALIFORNIA V, INC.;
COMCAST OF CALIFORNIA VI, INC.;
COMCAST OF CALIFORNIA X, INC.;
COMCAST OF CALIFORNIA XIII, INC.;
COMCAST CORPORATION; COMCAST OF FRESNO, INC.; COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA II, INC.; COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, INC.

1  Of Counsel

2  Seamus C. Duffy
   Michael W. McTigue Jr.
3  Michael P. Daly
   DRINKER BIDDLE & REATH LLP
4  One Logan Square
   18th & Cherry Streets
5  Philadelphia, Pennsylvania 19103-6996
   Telephone: (215) 988-2700
6  Facsimile: (215) 988-2757