MICHAEL J. STORTZ (State Bar No. 139386)
BETH O. ARNESE (State Bar No. 241186)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
COMCAST OF ALAMEDA, INC. ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JON HART, On Behalf of Himself and All Others Similarly Situated, and On Behalf of the General Public,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST OF ALAMEDA, INC.; COMCAST OF CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III, INC.; COMCAST OF CALIFORNIA IX INC.; COMCAST OF CALIFORNIA V INC.; COMCAST OF CALIFORNIA VI INC.; COMCAST OF CALIFORNIA X INC.; COMCAST OF CALIFORNIA XIII INC.; COMCAST CORPORATION; COMCAST OF FRESNO, INC.; COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA II, INC.; COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, INC.; and DOES 1-250,<br><br>Defendants. | Case No. C-07-06350 PJH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

1  For the reasons stated in the accompanying Joint Administrative Motion to
2  Continue Case Management Conference and Related Deadlines, IT IS HEREBY
3  STIPULATED by the parties hereto through their respective counsel as follows:
4  (1) Defendants shall serve their Motion for Judgment on the Pleadings on or
5  before March 14, 2008, and set the Motion for hearing on May 21, 2008.
6  (2) The parties shall complete meet and confer regarding plaintiff's proposed
7  jurisdictional discovery by March 20, 2008.
8  (3) On or before April 10, 2008, the parties shall present a joint Initial Case
9  Management Conference Statement that shall be limited to the following topics:
10  (a) a schedule for further briefing and hearing on defendant's Motion for
11  Judgment on the Pleadings;
12  (b) a procedure by which the Court will determine whether and what to
13  extent plaintiff is entitled to discovery for purposes of determining any Motion to
14  Remand;
15  (c) a date certain by which plaintiff will file any Motion to Remand; and
16  (d) a schedule for hearing any Motion to Remand.
17  (4) The initial Case Management Conference shall be set for April 17, 2008.
18  Discovery shall not be permitted pending the Case Management Conference, except that
19  jurisdictional discovery may proceed pursuant to agreement of the parties or by order of
20  the Court.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27
28

| | |
|---|---|
| Dated: March 13, 2008 | DRINKER BIDDLE & REATH LLP |
| | /S/ Michael J. Stortz |
| | MICHAEL J. STORTZ |
| | Attorneys for Defendants<br>COMCAST OF ALAMEDA, INC.;<br>COMCAST OF CALIFORNIA II, INC.;<br>COMCAST OF CALIFORNIA III, INC.;<br>COMCAST OF CALIFORNIA IX, INC.;<br>COMCAST OF CALIFORNIA V, INC.;<br>COMCAST OF CALIFORNIA VI, INC.;<br>COMCAST OF CALIFORNIA X, INC.;<br>COMCAST OF CALIFORNIA XIII, INC.;<br>COMCAST CORPORATION; COMCAST OF FRESNO, INC.; COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA II, INC.; COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, INC. |
| Dated: March 13, 2008 | LEXINGTON LAW GROUP, LLP |
| | /S/ Mark N. Todzo |
| | MARK N. TODZO |
| | Attorneys for Plaintiff<br>JON HART |