| | |
|---|---|
| 1 | MICHAEL J. STORTZ (State Bar No. 139386) |
| 2 | M<small>ICHAEL</small>.S<small>TORTZ</small>@<small>DBR</small>.<small>COM</small><br>D<small>RINKER</small> B<small>IDDLE</small> & R<small>EATH</small> LLP |
| 3 | 50 Fremont Street, 20th Floor<br>San Francisco, California 94105-2235 |
| 4 | Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510 |

Attorneys for Defendants
COMCAST OF ALAMEDA, INC.; COMCAST OF CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III, INC.; COMCAST OF CALIFORNIA IX, INC.; COMCAST OF CALIFORNIA V, INC.; COMCAST OF CALIFORNIA VI, INC.; COMCAST OF CALIFORNIA X, INC.; COMCAST OF CALIFORNIA XIII, INC.; COMCAST CORPORATION; COMCAST OF FRESNO, INC.; COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA II, INC.; COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JON HART, On Behalf of Himself and All Others Similarly Situated, and On Behalf of the General Public,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST OF ALAMEDA, INC.; COMCAST OF CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III, INC.; COMCAST OF CALIFORNIA IX INC.; COMCAST OF CALIFORNIA V INC.; COMCAST OF CALIFORNIA VI INC.; COMCAST OF CALIFORNIA X INC.; COMCAST OF CALIFORNIA XIII INC.; COMCAST CORPORATION; COMCAST OF FRESNO, INC.; COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA II, INC.; COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, INC.; and DOES 1-250,<br><br>Defendants. | Case No. C-07-06350 PJH<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:     May 21, 2008<br>Time:    9:00 a.m.<br>Dept:    Courtroom 3<br>Judge:   The Honorable Phyllis J. Hamilton |

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on May 21, 2008 at 9:00 a.m., or as soon thereafter
3  as the matter may be heard in Courtroom 3, located at 450 Golden Gate Avenue, San
4  Francisco, CA 94102, Defendants will move and hereby does move this Court for an
5  Order for Judgment on the Pleadings. This Motion is brought pursuant to Federal Rule of
6  Civil Procedure 12(c) on the grounds that the Plaintiff's claims fail as a matter of federal
7  and state law.

8  This Motion is based upon this Notice of Motion and Motion, the accompanying
9  Memorandum of Points and Authorities, and all other matters with respect to which the
10 Court may take judicial notice, as well as all papers and pleadings on file or deemed to be
11 on file herein, and such argument as may be presented at the hearing.

Dated: March 14, 2008                    DRINKER BIDDLE & REATH LLP

                                         /s/ Michael J. Stortz
                                         MICHAEL J. STORTZ
                                         50 Fremont Street, 20th Floor
                                         San Francisco, California  94105-2235
                                         Telephone: (415) 591-7500
                                         Facsimile: (415) 591-7510

                                         *Counsel for Defendants*

                                         SEAMUS C. DUFFY
                                         MICHAEL W. MCTIGUE JR.
                                         MICHAEL P. DALY
                                         One Logan Square
                                         18th & Cherry Streets
                                         Philadelphia, Pennsylvania 19103-6996
                                         Telephone: (215) 988-2700
                                         Facsimile: (215) 988-2757

                                         *Of Counsel for Defendants*