1  MICHAEL J. STORTZ (State Bar No. 139386)
   Michael.Stortz@dbr.com
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   COMCAST OF ALAMEDA, INC.; COMCAST OF
6  CALIFORNIA II, INC.; COMCAST OF CALIFORNIA
   III, INC.; COMCAST OF CALIFORNIA IX, INC.;
7  COMCAST OF CALIFORNIA V, INC.; COMCAST OF
   CALIFORNIA VI, INC.; COMCAST OF CALIFORNIA
8  X, INC.; COMCAST OF CALIFORNIA XIII, INC.;
   COMCAST CORPORATION; COMCAST OF FRESNO,
9  INC.; COMCAST OF MARIN I, INC.; COMCAST OF
   MARIN II, INC.; COMCAST OF NORTHERN
10 CALIFORNIA I, INC.; COMCAST OF NORTHERN
   CALIFORNIA II, INC.; COMCAST OF
11 SACRAMENTO I, LLC; COMCAST OF
   SACRAMENTO II, LLC; COMCAST OF SAN
12 LEANDRO, INC.; COMCAST OF SIERRA VALLEYS,
   INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JON HART, On Behalf of Himself and All Others Similarly Situated, and On Behalf of the General Public,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST OF ALAMEDA, INC.; COMCAST OF CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III, INC.; COMCAST OF CALIFORNIA IX INC.; COMCAST OF CALIFORNIA V INC.; COMCAST OF CALIFORNIA VI INC.; COMCAST OF CALIFORNIA X INC.; COMCAST OF CALIFORNIA XIII INC.; COMCAST CORPORATION; COMCAST OF FRESNO, INC.; COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA II, INC.; COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, INC.; and DOES 1-250,<br><br>Defendants. | Case No. C-07-06350 PJH<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>Date:   May 21, 2008<br>Time:  9:00 a.m.<br>Dept:   Courtroom 3<br>Judge: The Honorable Phyllis J. Hamilton |

1    Defendants hereby request that the Court take judicial notice of the following
2    documents.  This request is made pursuant to Federal Rule of Evidence Rule 201 and in
3    connection with Defendants' Motion for Judgment on the Pleadings.

4    1.   Comcast's High-Speed Internet Acceptable Use Policy, previously available at http://www6.comcast.net/terms/use, attached at Exhibit A.

6    2.   Comcast's Frequently Asked Questions, previously available at http://www.comcast.net/help/faq/index.jsp?faq=Hot118988, attached at Exhibit B.

8    3.   *In re Appropriate Framework for Broadband Access to the Internet over Wireline Facilities*, 20 F.C.C.R. 14986 (2005) (the "Internet Policy Statement"), available at http://fjallfoss.fcc.gov/prod/ecfs/retrieve.cgi?native_or_pdf=pdf&id_document=6518169849 (courtesy copies of this and the following publicly-available government records will be provided upon request).

13   4.   *In re Vuze, Inc., Petition to Establish Rules Governing Network Management Practices by Broadband Network Operators*, WC Docket No. 07-52 (Nov. 14, 2007), available at http://fjallfoss.fcc.gov/prod/ecfs/retrieve.cgi?native_or_pdf=pdf&id_document=6519811711.

17   5.   *In re Free Press, et al., Declaratory Ruling that Degrading an Internet Application Violates the FCC's Internet Policy Statement and Does Not Meet an Exception for "Reasonable Network Management,"* WC Docket No. 07-52 (Nov. 1, 2007), available at http://fjallfoss.fcc.gov/prod/ecfs/retrieve.cgi?native_or_pdf=pdf&id_document=6519825121.

22   6.   *FCC Public Notice, Comment Sought on Petition for Declaratory Ruling Regarding Internet Management Policies*, WC Docket No. 07-52 (2008); available at http://fjallfoss.fcc.gov/prod/ecfs/retrieve.cgi?native_or_pdf=pdf&id_document=6519837887.

26   7.   *FCC Public Notice, Comment Sought on Petition for Rulemaking to Establish Rules Governing Network Management Practices by Broadband Network Operators*, WC Docket No. 07-52 (2008); available at http://hraunfoss.fcc.gov/edocs_

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

2

REQUEST FOR JUDICIAL NOTICE                                CASE NO. C-07-06350 PJH

1  public/attachmatch/DA-08-92A1.pdf.

2         8.    Distributed Computing Industry Association, *Comment On Petition For Rulemaking*, No. 07-52 (Feb. 13, 2008), available at http://fjallfoss.fcc.gov/prod/ecfs/retrieve.cgi?native_or_pdf=pdf&id_document=6519841058.

Dated: March 14, 2008

DRINKER BIDDLE & REATH LLP

/s/ Michael J. Stortz
MICHAEL J. STORTZ
50 Fremont Street, 20th Floor
San Francisco, California  94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Counsel for Defendants*

SEAMUS C. DUFFY
MICHAEL W. MCTIGUE JR.
MICHAEL P. DALY
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

*Of Counsel for Defendants*