**EXHIBIT B**

**FAQs – Final Draft**

**October 22, 2007**

**Q.  Do you block access to peer-to-peer applications like BitTorrent?**

A.  No.  We do not block access to any Web site or applications, including BitTorrent.  Our customers use the Internet for downloading and uploading files, watching movies and videos, streaming music, sharing digital photos, accessing numerous peer-to-peer sites, VOIP applications like Vonage, and thousands of other applications online.

**Q.  Is my peer-to-peer activity going to be impacted by Comcast?**

A.  We never prevent P2P activity, or block access to any P2P applications, but rather manage the network in such a way that this activity does not degrade the broadband experience for other users.

We have a responsibility to provide all of our customers with a good Internet experience and we use the latest technologies to manage our network so that you can continue to enjoy these applications.  Peer-to-peer activity consumes a disproportionately large amount of network resources, and therefore poses the biggest challenge to maintaining a good broadband experience for all users – including the overwhelming majority of our customers who don't use P2P applications.

**Q.  What do you mean when you say you manage your network?**

A.  Network management is absolutely essential to provide a good Internet experience for our customers.  All major ISPs manage their traffic in some way and many use similar tools.

Network management helps us perform critical work that protects our customers from things like spam, viruses, the negative effects of network congestion, or attacks to their PCs.  As threats on the Internet continue to grow, our network management tools will continue to evolve and keep pace so that we can maintain an excellent, reliable online experience for all of our customers.

**Q:  Do you discriminate against particular types of online content?**

A:  No.  There is no discrimination based on the type of content.  Our customers enjoy unfettered access to all the content, services, and applications that the Internet has to offer.  We respect our customers' privacy and we don't monitor specific customer activities on the Internet or track individual online behavior, such as which Web sites they visit.  Therefore, we do not know whether any individual user is visiting BitTorrent or any other site.