UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JON HART, On Behalf of Himself and All Others Similarly Situated, and On Behalf of the General Public,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST OF ALAMEDA, INC.; COMCAST OF CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III, INC.; COMCAST OF CALIFORNIA IX INC.; COMCAST OF CALIFORNIA V INC.; COMCAST OF CALIFORNIA VI INC.; COMCAST OF CALIFORNIA X INC.; COMCAST OF CALIFORNIA XIII INC.; COMCAST CORPORATION; COMCAST OF FRESNO, INC.; COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA II, INC.; COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, INC.; and DOES 1-250,<br><br>Defendants. | Case No. C-07-06350 PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:    May 21, 2008<br>Time:    9:00 a.m.<br>Dept:    Courtroom 3<br>Judge:   The Honorable Phyllis J. Hamilton |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

397107

1  Defendants' Motion for Judgment on the Pleadings came on for hearing on May 21, 2008
2  at 9:00 a.m. in Courtroom 3 of the above-referenced Court, the Honorable Phyllis Hamilton
3  presiding.
4  Based on the papers submitted in support of and in opposition to the Motion, the
5  argument of counsel at hearing, and for good cause shown, IT IS HEREBY ORDERED that
6  defendant's Motion is granted, on the following ground[s]:
7  Plaintiff's Complaint is stayed in its entirety under the doctrine of primary jurisdiction,
8  and pending further Order of the Court.
9  [or]
10  Plaintiff's Complaint and each of the claims therein fail to state a claim upon which relief
11  may be granted, as the Complaint and each of the claims therein are preempted by federal law,
12  [and/or] fail to state a claim for relief under California's Unfair Competition Law (Cal. Bus. &
13  Prof. Code § 17200), Consumer Legal Remedies Act (Cal. Civ. Code § 1770) and False
14  Advertising Law (Cal. Bus. & Prof. Code § 17500). Defendants and each of them are entitled to
15  entry of judgment and an appropriate award of costs.
16  IT IS SO ORDERED.

Dated:

The Honorable Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE