1  MICHAEL J. STORTZ (State Bar No. 139386)
2  BETH O. ARNESE (State Bar No. 241186)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105-2235
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

FILED

08 MAR 27 PM 4:45

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5  Attorneys for Defendants
   COMCAST OF ALAMEDA, INC.; COMCAST OF
6  CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III,
   INC.; COMCAST OF CALIFORNIA IX, INC.; COMCAST
7  OF CALIFORNIA V, INC.; COMCAST OF CALIFORNIA
   VI, INC.; COMCAST OF CALIFORNIA X, INC.;
8  COMCAST OF CALIFORNIA XIII, INC.; COMCAST
   CORPORATION; COMCAST OF FRESNO, INC.;
9  COMCAST OF MARIN I, INC.; COMCAST OF MARIN II,
   INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.;
10 COMCAST OF NORTHERN CALIFORNIA II, INC.;
   COMCAST OF SACRAMENTO I, LLC; COMCAST OF
11 SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO,
   INC.; COMCAST OF SIERRA VALLEYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JON HART, On Behalf of Himself and All Others Similarly Situated, and On Behalf of the General Public,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST OF ALAMEDA, INC.; COMCAST OF CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III, INC.; COMCAST OF CALIFORNIA IX INC.; COMCAST OF CALIFORNIA V INC.; COMCAST OF CALIFORNIA VI INC.; COMCAST OF CALIFORNIA X INC.; COMCAST OF CALIFORNIA XIII INC.; COMCAST CORPORATION; COMCAST OF FRESNO, INC.; COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA II, INC.; COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, INC.; and DOES 1-250,<br><br>Defendants. | Case No. C-07-06350 PJH<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

1   Pursuant to Civil L.R. 11-3, Michael McTigue, an active member in good standing
2   of the bar of the United States District Court, Eastern District of Pennsylvania, hereby
3   applies for admission to practice in the Northern District of California on a *pro hac vice*
4   basis representing Defendants COMCAST OF ALAMEDA, INC.; COMCAST OF
5   CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III, INC.; COMCAST OF
6   CALIFORNIA IX, INC.; COMCAST OF CALIFORNIA V, INC.; COMCAST OF
7   CALIFORNIA VI, INC.; COMCAST OF CALIFORNIA X, INC.; COMCAST OF
8   CALIFORNIA XIII, INC.; COMCAST CORPORATION; COMCAST OF FRESNO,
9   INC.; COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST
10  OF NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA
11  II, INC.; COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II,
12  LLC; COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS,
13  INC. in the above-entitled action.
14   In support of this application, I certify on oath that:
15   1.   I am an active member in good standing of a United States Court or of the
16  highest court of another State or the District of Columbia, as indicated above;
17   2.   I agree to abide by the Standards of Professional Conduct set forth in Civil
18  Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
19  become familiar with the Local Rules and the Alternative Dispute Resolution programs
20  of this Court; and,
21   3.   An attorney who is a member of the bar of this Court in good standing and
22  who maintains an office within the State of California has been designated as co-counsel
23  in the above-entitled action. The name, address and telephone number of that attorney is:
24  Michael J. Stortz, DRINKER BIDDLE & REATH LLP, 50 Fremont Street, 20th Floor, San
25  Francisco, California 94105-2235, Telephone: (415) 591-7500.
26   I declare under penalty of perjury that the foregoing is true and correct.
27  Dated: 3/3/08
28                                      Michael McTigue

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611817438
Cashier ID: nudot
Transaction Date: 03/27/2008
Payer Name: Drinker Biddle and Reath LLP
---------------------------------------
PRO HAC VICE
 For: Michael McTigue
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
---------------------------------------
CHECK
 Check/Money Order Num: 51853
 Amt Tendered: $210.00
---------------------------------------
Total Due:       $210.00
Total Tendered: $210.00
Change Amt:       $0.00

C-07-6350-PJH


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```