| | |
|---|---|
| 1<br>2<br>3<br>4 | MICHAEL J. STORTZ (State Bar No. 139386)<br>BETH O. ARNESE (State Bar No. 241186)<br>DRINKER BIDDLE & REATH LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, California 94105-2235<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510 | FILED<br>08 MAR 27 PM 4:46<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

5  Attorneys for Defendants
6  COMCAST OF ALAMEDA, INC.; COMCAST OF
   CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III,
7  INC.; COMCAST OF CALIFORNIA IX, INC.; COMCAST
   OF CALIFORNIA V, INC.; COMCAST OF CALIFORNIA
8  VI, INC.; COMCAST OF CALIFORNIA X, INC.;
   COMCAST OF CALIFORNIA XIII, INC.; COMCAST
9  CORPORATION; COMCAST OF FRESNO, INC.;
   COMCAST OF MARIN I, INC.; COMCAST OF MARIN II,
10 INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.;
   COMCAST OF NORTHERN CALIFORNIA II, INC.;
11 COMCAST OF SACRAMENTO I, LLC; COMCAST OF
   SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO,
12 INC.; COMCAST OF SIERRA VALLEYS, INC.

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 16 | JON HART, On Behalf of Himself and All Others<br>Similarly Situated, and On Behalf of the General Public, | Case No. C-07-06350 PJH |
| 17 | Plaintiff, | **APPLICATION FOR ADMISSION**<br>**OF ATTORNEY *PRO HAC VICE*** |
| 18 | v. | |
| 19<br>20<br>21<br>22<br>23<br>24<br>25<br>26 | COMCAST OF ALAMEDA, INC.; COMCAST OF<br>CALIFORNIA II, INC.; COMCAST OF CALIFORNIA<br>III, INC.; COMCAST OF CALIFORNIA IX INC.;<br>COMCAST OF CALIFORNIA V INC.; COMCAST OF<br>CALIFORNIA VI INC.; COMCAST OF CALIFORNIA<br>X INC.; COMCAST OF CALIFORNIA XIII INC.;<br>COMCAST CORPORATION; COMCAST OF<br>FRESNO, INC.; COMCAST OF MARIN I, INC.;<br>COMCAST OF MARIN II, INC.; COMCAST OF<br>NORTHERN CALIFORNIA I, INC.; COMCAST OF<br>NORTHERN CALIFORNIA II, INC.; COMCAST OF<br>SACRAMENTO I, LLC; COMCAST OF<br>SACRAMENTO II, LLC; COMCAST OF SAN<br>LEANDRO, INC.; COMCAST OF SIERRA VALLEYS,<br>INC.; and DOES 1-250, | |
| 27 | Defendants. | |

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\396025\1 | APPLICATION FOR ADMISSION *PRO HAC VICE* (MICHAEL P. DALY) | CASE NO. C-07-06350 PJH

Pursuant to Civil L.R. 11-3, Michael P. Daly, an active member in good standing of the bar of the United States District Court, Eastern District of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants COMCAST OF ALAMEDA, INC.; COMCAST OF CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III, INC.; COMCAST OF CALIFORNIA IX, INC.; COMCAST OF CALIFORNIA V, INC.; COMCAST OF CALIFORNIA VI, INC.; COMCAST OF CALIFORNIA X, INC.; COMCAST OF CALIFORNIA XIII, INC.; COMCAST CORPORATION; COMCAST OF FRESNO, INC.; COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA II, INC.; COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, INC. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Michael J. Stortz, DRINKER BIDDLE & REATH LLP, 50 Fremont Street, 20th Floor, San Francisco, California 94105-2235, Telephone: (415) 591-7500.

I declare under penalty of perjury that the foregoing is ~~true~~ and correct.

Dated: 3/3/8

Michael P. Daly

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611012477
Cashier ID: mccoy
Transaction Date: 03/27/2008
Payer Name: Drinker Biddle and Reath LLP

ATTORNEY ADMISSIONS - GENERAL
For: Michael P. Daly
Amount:         $150.00
ATTORNEY ADMISSIONS - LOCAL
For: Michael P. Daly
Case/Party: D-CAN-3-08-AT-PROHAC-001
Amount:         $60.00
-----------------------------------
CHECK
Check/Money Order Num: 51852
Amt Tendered: $210.00
-----------------------------------
Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

C-07-6350-PJH

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```