MICHAEL J. STORTZ (State Bar No. 139386)
BETH O. ARNESE (State Bar No. 241186)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

FILED

08 MAR 27 PM 4: 47

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendants
COMCAST OF ALAMEDA, INC.; COMCAST OF
CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III,
INC.; COMCAST OF CALIFORNIA IX, INC.; COMCAST
OF CALIFORNIA V, INC.; COMCAST OF CALIFORNIA
VI, INC.; COMCAST OF CALIFORNIA X, INC.;
COMCAST OF CALIFORNIA XIII, INC.; COMCAST
CORPORATION; COMCAST OF FRESNO, INC.;
COMCAST OF MARIN I, INC.; COMCAST OF MARIN II,
INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.;
COMCAST OF NORTHERN CALIFORNIA II, INC.;
COMCAST OF SACRAMENTO I, LLC; COMCAST OF
SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO,
INC.; COMCAST OF SIERRA VALLEYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JON HART, On Behalf of Himself and All Others Similarly Situated, and On Behalf of the General Public, | Case No. C-07-06350 PJH |
| Plaintiff, | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| v. | |
| COMCAST OF ALAMEDA, INC.; COMCAST OF CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III, INC.; COMCAST OF CALIFORNIA IX INC.; COMCAST OF CALIFORNIA V INC.; COMCAST OF CALIFORNIA VI INC.; COMCAST OF CALIFORNIA X INC.; COMCAST OF CALIFORNIA XIII INC.; COMCAST CORPORATION; COMCAST OF FRESNO, INC.; COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA II, INC.; COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, INC.; and DOES 1-250, | |
| Defendants. | |

1    Pursuant to Civil L.R. 11-3, Seamus C. Duffy, an active member in good standing

2  of the bar of the United States District Court, Eastern District of Pennsylvania, hereby

3  applies for admission to practice in the Northern District of California on a *pro hac vice*

4  basis representing Defendants COMCAST OF ALAMEDA, INC.; COMCAST OF

5  CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III, INC.; COMCAST OF

6  CALIFORNIA IX, INC.; COMCAST OF CALIFORNIA V, INC.; COMCAST OF

7  CALIFORNIA VI, INC.; COMCAST OF CALIFORNIA X, INC.; COMCAST OF

8  CALIFORNIA XIII, INC.; COMCAST CORPORATION; COMCAST OF FRESNO,

9  INC.; COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST

10  OF NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA

11  II, INC.; COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II,

12  LLC; COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS,

13  INC. in the above-entitled action.

14    In support of this application, I certify on oath that:

15    1.    I am an active member in good standing of a United States Court or of the

16  highest court of another State or the District of Columbia, as indicated above;

17    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil

18  Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

19  become familiar with the Local Rules and the Alternative Dispute Resolution programs

20  of this Court; and,

21    3.    An attorney who is a member of the bar of this Court in good standing and

22  who maintains an office within the State of California has been designated as co-counsel

23  in the above-entitled action. The name, address and telephone number of that attorney is:

24  Michael J. Stortz, DRINKER BIDDLE & REATH LLP, 50 Fremont Street, 20th Floor, San

25  Francisco, California 94105-2235, Telephone: (415) 591-7500.

26    I declare under penalty of perjury that the foregoing is true and correct.

27  Dated: 3 / 3 / 08

28
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

Seamus C. Duffy

2

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017478
Cashier ID: nudot
Transaction Date: 03/27/2008
Payer Name: Drinker Biddle and Reath LLP
------------------------------------
PRO HAC VICE
  For: Seamus C. Duffy
  Case/Party: D-CAH-3-08-AT-PROHAC-001
  Amount:        $210.00
------------------------------------
CHECK
  Check/Money Order Num: 51851
  Amt Tendered: $210.00
------------------------------------
Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

C-07-6350-PJH


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.