1  MICHAEL J. STORTZ (State Bar No. 139386)
2  BETH O. ARNESE (State Bar No. 241186)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105-2235
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendants
   COMCAST OF ALAMEDA, INC.; COMCAST OF
6  CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III,
   INC.; COMCAST OF CALIFORNIA IX, INC.; COMCAST
7  OF CALIFORNIA V, INC.; COMCAST OF CALIFORNIA
   VI, INC.; COMCAST OF CALIFORNIA X, INC.;
8  COMCAST OF CALIFORNIA XIII, INC.; COMCAST
   CORPORATION; COMCAST OF FRESNO, INC.;
9  COMCAST OF MARIN I, INC.; COMCAST OF MARIN II,
   INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.;
10 COMCAST OF NORTHERN CALIFORNIA II, INC.;
   COMCAST OF SACRAMENTO I, LLC; COMCAST OF
11 SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO,
   INC.; COMCAST OF SIERRA VALLEYS, INC.

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION

| | |
|---|---|
| JON HART, On Behalf of Himself and All Others Similarly Situated, and On Behalf of the General Public,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST OF ALAMEDA, INC.; COMCAST OF CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III, INC.; COMCAST OF CALIFORNIA IX INC.; COMCAST OF CALIFORNIA V INC.; COMCAST OF CALIFORNIA VI INC.; COMCAST OF CALIFORNIA X INC.; COMCAST OF CALIFORNIA XIII INC.; COMCAST CORPORATION; COMCAST OF FRESNO, INC.; COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA II, INC.; COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, INC.; and DOES 1-250,<br><br>Defendants. | Case No. C-07-06350 PJH<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

1  Seamus C. Duffy, an active member in good standing of the bar of the United
2  States District Court, Eastern District of Pennsylvania, whose business address and
3  telephone number is DRINKER BIDDLE & REATH LLP, One Logan Square, 18th & Cherry
4  Streets Philadelphia, PA 19103-6996 (215) 988-2700, having applied in the above-
5  entitled action for admission to practice in the Northern District of California on a *pro*
6  *hac vice* basis, representing Defendants COMCAST OF ALAMEDA, INC.; COMCAST OF
7  CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III, INC.; COMCAST OF
8  CALIFORNIA IX, INC.; COMCAST OF CALIFORNIA V, INC.; COMCAST OF
9  CALIFORNIA VI, INC.; COMCAST OF CALIFORNIA X, INC.; COMCAST OF
10 CALIFORNIA XIII, INC.; COMCAST CORPORATION; COMCAST OF FRESNO, INC.;
11 COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST OF
12 NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA II, INC.;
13 COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC;
14 COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, INC.

15  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
16 and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
17 appearance *pro hac vice*. Service of papers upon and communication with co-counsel
18 designed in the application will constitute notice to the party. All future filings in this
19 action are subject to the requirements contained in General Order No. 45, *Electronic*
20 *Case Filing*.

22  Dated: _____

23  _____
    THE HONORABLE PHYLLIS J. HAMILTON

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\396026\1  ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* (SEAMUS C. DUFFY)   CASE NO. C-07-06350 PJH