MICHAEL J. STORTZ (State Bar No. 139386)
BETH O. ARNESE (State Bar No. 241186)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
COMCAST OF ALAMEDA, INC.; COMCAST OF CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III, INC.; COMCAST OF CALIFORNIA IX, INC.; COMCAST OF CALIFORNIA V, INC.; COMCAST OF CALIFORNIA VI, INC.; COMCAST OF CALIFORNIA X, INC.; COMCAST OF CALIFORNIA XIII, INC.; COMCAST CORPORATION; COMCAST OF FRESNO, INC.; COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA II, INC.; COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, INC.

RECEIVED
08 MAR 27 PM 4:46
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JON HART, On Behalf of Himself and All Others Similarly Situated, and On Behalf of the General Public,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST OF ALAMEDA, INC.; COMCAST OF CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III, INC.; COMCAST OF CALIFORNIA IX INC.; COMCAST OF CALIFORNIA V INC.; COMCAST OF CALIFORNIA VI INC.; COMCAST OF CALIFORNIA X INC.; COMCAST OF CALIFORNIA XIII INC.; COMCAST CORPORATION; COMCAST OF FRESNO, INC.; COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA II, INC.; COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, INC.; and DOES 1-250,<br><br>Defendants. | Case No. C-07-06350 PJH<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

1   Michael McTigue, an active member in good standing of the bar of the United
2   States District Court, Eastern District of Pennsylvania, whose business address and
3   telephone number is DRINKER BIDDLE & REATH LLP, One Logan Square, 18th & Cherry
4   Streets Philadelphia, PA 19103-6996 (215) 988-2700, having applied in the above-
5   entitled action for admission to practice in the Northern District of California on a *pro*
6   *hac vice* basis, representing Defendants COMCAST OF ALAMEDA, INC.; COMCAST OF
7   CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III, INC.; COMCAST OF
8   CALIFORNIA IX, INC.; COMCAST OF CALIFORNIA V, INC.; COMCAST OF
9   CALIFORNIA VI, INC.; COMCAST OF CALIFORNIA X, INC.; COMCAST OF
10  CALIFORNIA XIII, INC.; COMCAST CORPORATION; COMCAST OF FRESNO, INC.;
11  COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST OF
12  NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA II, INC.;
13  COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC;
14  COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, INC.

15   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
16  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
17  appearance *pro hac vice*. Service of papers upon and communication with co-counsel
18  designed in the application will constitute notice to the party. All future filings in this
19  action are subject to the requirements contained in General Order No. 45, *Electronic*
20  *Case Filing*.

22  Dated: 4/1/08

23  THE HON. _____ HAMILTON

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*