1  MICHAEL J. STORTZ (State Bar No. 139386)
2  BETH O. ARNESE (State Bar No. 241186)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105-2235
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendants
   COMCAST OF ALAMEDA, INC.; COMCAST OF
6  CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III,
   INC.; COMCAST OF CALIFORNIA IX, INC.; COMCAST
7  OF CALIFORNIA V, INC.; COMCAST OF CALIFORNIA
   VI, INC.; COMCAST OF CALIFORNIA X, INC.;
8  COMCAST OF CALIFORNIA XIII, INC.; COMCAST
   CORPORATION; COMCAST OF FRESNO, INC.;
9  COMCAST OF MARIN I, INC.; COMCAST OF MARIN II,
   INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.;
10 COMCAST OF NORTHERN CALIFORNIA II, INC.;
   COMCAST OF SACRAMENTO I, LLC; COMCAST OF
11 SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO,
   INC.; COMCAST OF SIERRA VALLEYS, INC.
12

13                UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16 JON HART, On Behalf of Himself and All Others         Case No. C-07-06350 PJH
   Similarly Situated, and On Behalf of the General Public,
17                                                       [PROPOSED] ORDER
            Plaintiff,                                   GRANTING APPLICATION FOR
18                                                       ADMISSION OF ATTORNEY
        v.                                               *PRO HAC VICE*
19
   COMCAST OF ALAMEDA, INC.; COMCAST OF
20 CALIFORNIA II, INC.; COMCAST OF CALIFORNIA
   III, INC.; COMCAST OF CALIFORNIA IX INC.;
21 COMCAST OF CALIFORNIA V INC.; COMCAST OF
   CALIFORNIA VI INC.; COMCAST OF CALIFORNIA
22 X INC.; COMCAST OF CALIFORNIA XIII INC.;
   COMCAST CORPORATION; COMCAST OF
23 FRESNO, INC.; COMCAST OF MARIN I, INC.;
   COMCAST OF MARIN II, INC.; COMCAST OF
24 NORTHERN CALIFORNIA I, INC.; COMCAST OF
   NORTHERN CALIFORNIA II, INC.; COMCAST OF
25 SACRAMENTO I, LLC; COMCAST OF
   SACRAMENTO II, LLC; COMCAST OF SAN
26 LEANDRO, INC.; COMCAST OF SIERRA VALLEYS,
   INC.; and DOES 1-250,
27
            Defendants.
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\396028\1   ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* (MICHAEL P. DALY)   CASE NO. C-07-06350 PJH

1  Michael P. Daly, an active member in good standing of the bar of the United
2  States District Court, Eastern District of Pennsylvania, whose business address and
3  telephone number is DRINKER BIDDLE & REATH LLP, One Logan Square, 18th & Cherry
4  Streets Philadelphia, PA 19103-6996 (215) 988-2700, having applied in the above-
5  entitled action for admission to practice in the Northern District of California on a *pro*
6  *hac vice* basis, representing Defendants COMCAST OF ALAMEDA, INC.; COMCAST OF
7  CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III, INC.; COMCAST OF
8  CALIFORNIA IX, INC.; COMCAST OF CALIFORNIA V, INC.; COMCAST OF
9  CALIFORNIA VI, INC.; COMCAST OF CALIFORNIA X, INC.; COMCAST OF
10 CALIFORNIA XIII, INC.; COMCAST CORPORATION; COMCAST OF FRESNO, INC.;
11 COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST OF
12 NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA II, INC.;
13 COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC;
14 COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, INC.

15  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
16 and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
17 appearance *pro hac vice*. Service of papers upon and communication with co-counsel
18 designed in the application will constitute notice to the party. All future filings in this
19 action are subject to the requirements contained in General Order No. 45, *Electronic*
20 *Case Filing*.

22 Dated: 4/1/08



THE HONORABLE PHYLLIS J. HAMILTON
IT IS SO ORDERED
Judge Phyllis J. Hamilton

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2

SF1\396028\1   ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* (MICHAEL P. DALY)   CASE NO. C-07-06350 PJH