MICHAEL J. STORTZ (State Bar No. 139386)
BETH O. ARNESE (State Bar No. 241186)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
COMCAST OF ALAMEDA, INC. ET AL.

MARK N. TODZO (State Bar No. 168389)
ERIC S. SOMERS (State Bar No. 139050)
LEXINGTON LAW GROUP, LLP
1627 Irving Street
San Francisco, CA 94122
Telephone: (415) 759-4111
Facsimile: (415) 759-4112

Attorneys for Plaintiff
JON HART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JON HART, On Behalf of Himself and All Others Similarly Situated, and On Behalf of the General Public,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST OF ALAMEDA, INC.; COMCAST OF CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III, INC.; COMCAST OF CALIFORNIA IX INC.; COMCAST OF CALIFORNIA V INC.; COMCAST OF CALIFORNIA VI INC.; COMCAST OF CALIFORNIA X INC.; COMCAST OF CALIFORNIA XIII INC.; COMCAST CORPORATION; COMCAST OF FRESNO, INC.; COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA II, INC.; COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, INC.; and DOES 1-250,<br><br>Defendants. | Case No. C-07-06350 PJH<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:        April 17, 2008<br>Time:       2:30 p.m.<br>Courtroom: 3 |

## I. INTRODUCTION

Pursuant to Civil Local Rule 16-9 and the Court's Order to Continue Case Management Conference and Related Deadlines, entered on March 14, 2008 ("March 14 Order"), and in anticipation of the initial Case Management Conference on April 17, 2008, the parties file this joint Initial Case Management Conference Statement.

Pursuant to the March 14 Order, the parties address herein the following topics: (1) a schedule for further briefing and hearing on defendant's Motion for Judgment on the Pleadings; (2) a procedure by which the Court will determine whether and to what extent plaintiff is entitled to discovery for purposes of determining any Motion to Remand; (3) a date certain by which plaintiff will file any Motion to Remand; and (4) a schedule for hearing any Motion to Remand.

## II. BACKGROUND

Plaintiff John Hart ("Plaintiff") filed this putative class action in November 2007, in Alameda Superior Court, claiming that Defendants (collectively "Comcast") violated California law by allegedly advertising, offering, and contracting to provide their California customers with high-speed Internet service and unrestricted Internet access, while at the same time allegedly restricting such customers' access to certain Internet applications. Plaintiff alleges that by misrepresenting the accessibility of the Internet, Comcast has: (1) breached its agreements with the putative class; (2) breached the covenant of good faith and fair dealing; (3) violated the false advertising provisions of the California Legal Remedies Act ("CLRA"); (4) violated the California False Advertising Law, Business & Professions Code §17500, *et seq.*; and (5) violated the California Unfair Competition Law ("UCL"), Business and Professions Code §17200, *et seq.* A portion of Plaintiff's Sixth Cause of Action for violation of the "unlawful" prong of the UCL alleges that Comcast's conduct to restrict access by members of the putative class to peer-to-peer file sharing applications on Comcast's network violates both state and federal law.

Comcast contends that the allegations of the Complaint track then-recent filings at the Federal Communications Commission ("FCC") seeking agency action to restrict or to

dictate the use of particular network management practices.  *See In re Free Press, et al., Petition for Declaratory Ruling*, WC Docket No. 07-72 (Nov. 1, 2007); *In re Vuze, Inc., Pet. To Establish Rules Governing Network Management Practices by Broadband Network Operators, Broadband Indus. Practices, Petition for Rulemaking*, WC Docket No. 07-52 (Nov. 14, 2007).  Subsequent to these filings, the FCC issued two Public Notices seeking comment on these Petitions.  *FCC Public Notice, Comment on Sought on Petition for Declaratory Ruling Regarding Internet Management Policies,* WC Docket No. 07-52 (Jan. 14, 2008); *FCC Public Notice, Comment Sought on Petition for Rulemaking to Establish Rules Governing Network Management Practices by Broadband Network Operators,* WC Docket No. 07-52 (Jan. 14, 2008).  In addition, on February 25, 2008, the FCC convened a public *en banc* hearing regarding broadband network management practices.  A further *en banc* hearing is scheduled for April 17, 2008 in Stanford, California.

### III.   CURRENT STATUS OF THE CASE

This action was removed to this Court on December 14, 2007.

On March 14, 2008, Defendants moved for judgment on the pleadings under Federal Rule of Civil Procedure 12(c) on the basis that Plaintiff's claims:  (1) are preempted by federal law;  (2) are within the FCC's primary jurisdiction; and (3) fail as a matter of state and federal law.

### IV.   BRIEFING AND HEARING SCHEDULE MOTION FOR JUDGMENT ON THE PLEADINGS

The parties have negotiated and agreed upon the following schedule for Defendants' Motion for Judgment on the Pleadings, filed March 14, 2008:

(1) Plaintiff shall file his brief in opposition to Defendants' Motion for Judgment on the Pleadings on or before May 7, 2008; and

(2) Defendants shall file their reply brief in response to Plaintiff's opposition on or before May 28, 2008.

(3) The parties propose that the Motion for Judgment on the Pleadings be heard

on June 18, 2008, concurrent with the hearing on any Motion to Remand.

## V. JURISDICTIONAL DISCOVERY AND MOTION FOR REMAND

To determine whether this action fits within the Local Controversy and/or Home State exceptions under the Class Action Fairness Act such that remand is appropriate, Plaintiff wishes to conduct discovery on the issue of subject matter jurisdiction. Plaintiff contends that this discovery and any Motion to Remand should be resolved at the outset of this action. Although Defendants dispute the necessity of this discovery, the parties have reached an agreement as to the scope of such discovery. The parties also have agreed on the following briefing and hearing schedule.

(1) Defendants will provide responses to certain interrogatories propounded by plaintiff by May 5, 2008;

(2) Plaintiff shall file his Motion for Remand, if any, on or before May 16, 2008;

(2) Defendants shall file their brief in opposition to any such Motion for Remand on or before May 28, 2008; and

(3) Plaintiff shall file his reply brief in response to Defendants' opposition on or before June 4, 2008.

(4) The parties propose that any such Motion for Remand be heard on June 18, 2008, concurrent with the hearing on the Motion for Judgment on the Pleadings.

## VI. FURTHER CASE MANAGEMENT CONFERENCE

The parties submit that the next Case Management Conference be set, if necessary, for thirty (30) days after this Court issues a decision on Defendants' Motion for Judgment on the Pleadings or Plaintiff's Motion for Remand, if any.

At that Conference, the parties can address, as needed, additional topics contemplated by the United States District Court for the Northern District of California's Standing Order on Contents of Joint Case Management Statement.

| | | |
|---|---|---|
| 1 | Dated: April 10, 2008 | Respectfully submitted, |
| 2 | | DRINKER BIDDLE & REATH LLP |

/s/ *Michael J. Stortz*
MICHAEL J. STORTZ

Attorneys for Defendants
COMCAST OF ALAMEDA, INC.;
COMCAST OF CALIFORNIA II, INC.;
COMCAST OF CALIFORNIA III, INC.;
COMCAST OF CALIFORNIA IX, INC.;
COMCAST OF CALIFORNIA V, INC.;
COMCAST OF CALIFORNIA VI, INC.;
COMCAST OF CALIFORNIA X, INC.;
COMCAST OF CALIFORNIA XIII, INC.;
COMCAST CORPORATION; COMCAST OF FRESNO, INC.; COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA II, INC.; COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, INC.

Dated: April 10, 2008

LEXINGTON LAW GROUP, LLP

/S/ *Mark N. Todzo*
MARK N. TODZO

Attorneys for Plaintiff
JON HART