1  MICHAEL J. STORTZ (State Bar No. 139386)
   BETH O. ARNESE (State Bar No. 241186)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   COMCAST OF ALAMEDA, INC. ET AL.
6
   MARK N. TODZO (State Bar No. 168389)
7  ERIC S. SOMERS (State Bar No. 139050)
   LEXINGTON LAW GROUP, LLP
8  1627 Irving Street
   San Francisco, CA 94122
9  Telephone:  (415) 759-4111
   Facsimile:   (415) 759-4112
10
   Attorneys for Plaintiff
11 JON HART

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15 | JON HART, On Behalf of Himself and All    | Case No. C-07-06350 PJH
     Others Similarly Situated, and On Behalf of
16 | the General Public,                       |
                                               | **[PROPOSED] ORDER SETTING**
17 |                Plaintiff,                 | **BRIEFING SCHEDULE AND**
          v.                                   | **RELATED DEADLINES FOR**
18 |                                           | **DEFENDANTS' MOTION FOR**
     COMCAST OF ALAMEDA, INC.;                 | **JUDGMENT ON THE PLEADINGS**
19   COMCAST OF CALIFORNIA II, INC.;           | **AND PLAINTIFF'S MOTION FOR**
     COMCAST OF CALIFORNIA III, INC.;          | **REMAND**
20   COMCAST OF CALIFORNIA IX INC.;            |
     COMCAST OF CALIFORNIA V INC.;
21   COMCAST OF CALIFORNIA VI INC.;
     COMCAST OF CALIFORNIA X INC.;
22   COMCAST OF CALIFORNIA XIII INC.;
     COMCAST CORPORATION; COMCAST
23   OF FRESNO, INC.; COMCAST OF MARIN
     I, INC.; COMCAST OF MARIN II, INC.;
24   COMCAST OF NORTHERN CALIFORNIA
     I, INC.; COMCAST OF NORTHERN
25   CALIFORNIA II, INC.; COMCAST OF
     SACRAMENTO I, LLC; COMCAST OF
26   SACRAMENTO II, LLC; COMCAST OF
     SAN LEANDRO, INC.; COMCAST OF
27   SIERRA VALLEYS, INC.; and DOES 1-250,

28                Defendants.

The Court, having received and reviewed the Joint Case Management Conference Statement. Based upon the foregoing agreement and proposals by the parties, and for good cause shown, IT IS HEREBY ORDERED as follows:

**MOTION FOR JUDGMENT ON THE PLEADINGS**

(1) Plaintiff shall file his brief in opposition to Defendants' Motion for Judgment on the Pleadings on or before May 7, 2008;

(2) Defendants shall file their reply brief in response to Plaintiff's opposition on or before May 28, 2008.

(3) The Court shall conduct a hearing on Defendants' Motion for Judgment on the Pleadings on June 18, 2008.

**JURISDICTIONAL DISCOVERY AND MOTION FOR REMAND**

(4) Plaintiff shall file any Motion for Remand on or before May 16, 2008;

(5) Defendants shall file their brief in opposition to Plaintiff's Motion for Remand on or before May 28, 2008;

(6) Plaintiff shall file his reply brief in response to Defendants' opposition on or before June 4, 2008.

(7) The Court shall conduct a hearing on Plaintiff's Motion for Remand on June 18, 2008.

**FURTHER CASE MANAGEMENT CONFERENCE**

(8) The next Case Management Conference shall be set for thirty (30) days after this Court issues a decision on Defendants' Motion for Judgment on the Pleadings or Plaintiff's Motion for Remand, if any.

IT IS SO ORDERED

Dated: April     , 2008

_____
The Honorable Phyllis J. Hamilton
United States District Court Judge