| | |
|---|---|
| 1 | MICHAEL J. STORTZ (State Bar No. 139386) |
| | BETH O. ARNESE (State Bar No. 241186) |
| 2 | DRINKER BIDDLE & REATH LLP |
| | 50 Fremont Street, 20th Floor |
| 3 | San Francisco, California 94105-2235 |
| | Telephone: (415) 591-7500 |
| 4 | Facsimile: (415) 591-7510 |
| 5 | Attorneys for Defendants |
| | COMCAST OF ALAMEDA, INC. ET AL. |
| 6 | |
| | MARK N. TODZO (State Bar No. 168389) |
| 7 | ERIC S. SOMERS (State Bar No. 139050) |
| | LEXINGTON LAW GROUP, LLP |
| 8 | 1627 Irving Street |
| | San Francisco, CA 94122 |
| 9 | Telephone: (415) 759-4111 |
| | Facsimile: (415) 759-4112 |
| 10 | |
| | Attorneys for Plaintiff |
| 11 | JON HART |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JON HART, On Behalf of Himself and All Others Similarly Situated, and On Behalf of the General Public, | | Case No. C-07-06350 PJH |
| | Plaintiff, | [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND RELATED DEADLINES FOR DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND PLAINTIFF'S MOTION FOR REMAND |
| v. | | |
| COMCAST OF ALAMEDA, INC.; COMCAST OF CALIFORNIA II, INC.; COMCAST OF CALIFORNIA III, INC.; COMCAST OF CALIFORNIA IX INC.; COMCAST OF CALIFORNIA V INC.; COMCAST OF CALIFORNIA VI INC.; COMCAST OF CALIFORNIA X INC.; COMCAST OF CALIFORNIA XIII INC.; COMCAST CORPORATION; COMCAST OF FRESNO, INC.; COMCAST OF MARIN I, INC.; COMCAST OF MARIN II, INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN CALIFORNIA II, INC.; COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, INC.; and DOES 1-250, | | |
| | Defendants. | |

The Court, having received and reviewed the Joint Case Management Conference Statement. Based upon the foregoing agreement and proposals by the parties, and for good cause shown, IT IS HEREBY ORDERED as follows:

**MOTION FOR JUDGMENT ON THE PLEADINGS**

(1)   Plaintiff shall file his brief in opposition to Defendants' Motion for Judgment on the Pleadings on or before May 7, 2008;

(2)   Defendants shall file their reply brief in response to Plaintiff's opposition on or before May 28, 2008.

(3)   The Court shall conduct a hearing on Defendants' Motion for Judgment on the Pleadings on June 18, 2008.

**JURISDICTIONAL DISCOVERY AND MOTION FOR REMAND**

(4)   Plaintiff shall file any Motion for Remand on or before May 16, 2008;

(5)   Defendants shall file their brief in opposition to Plaintiff's Motion for Remand on or before May 28, 2008;

(6)   Plaintiff shall file his reply brief in response to Defendants' opposition on or before June 4, 2008.

(7)   The Court shall conduct a hearing on Plaintiff's Motion for Remand on June 18, 2008.

**FURTHER CASE MANAGEMENT CONFERENCE**

(8)   The next Case Management Conference shall be set for thirty (30) days after this Court issues a decision on Defendants' Motion for Judgment on the Pleadings or Plaintiff's Motion for Remand, if any.

IT IS SO ORDERED

Dated: April 15, 2008



_____
The Honorable Phyllis J. Hamilton
United States District Judge