UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JON HART,

        Plaintiff(s),                            No. C 07-6350 PJH

        v.                                    **ORDER**

COMCAST OF ALAMEDA, INC., et al.,

        Defendant(s).

_____/

        The court has reviewed and approved the stipulation and proposed briefing schedule regarding defendants' motion for judgment on the pleadings and plaintiff's motion to remand. The court advises the parties, however, that the court will determine after reviewing the motion papers whether to proceed with the hearing on both motions on June 18, 2008. A finding that remand is appropriate would obviate the need for the court to resolve defendants' motion, and it would not be heard.

        **IT IS SO ORDERED.**

Dated: April 15, 2008

                                                        _____
                                                        PHYLLIS J. HAMILTON
                                                     United States District Judge