| | |
|---|---|
| 1 | MICHAEL J. STORTZ (State Bar No. 139386) |
| 2 | Michael.Stortz@dbr.com<br>DRINKER BIDDLE & REATH LLP |
| 3 | 50 Fremont Street, 20th Floor<br>San Francisco, California 94105-2235 |
| 4 | Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510 |
| 5 | Attorneys for Defendants |
| 6 | COMCAST OF ALAMEDA, INC.; COMCAST OF CALIFORNIA II, INC.; COMCAST OF CALIFORNIA |
| 7 | III, INC.; COMCAST OF CALIFORNIA IX, INC.; COMCAST OF CALIFORNIA V, INC.; COMCAST OF |
| 8 | CALIFORNIA VI, INC.; COMCAST OF CALIFORNIA X, INC.; COMCAST OF CALIFORNIA XIII, INC.; |
| 9 | COMCAST CORPORATION; COMCAST OF FRESNO, INC.; COMCAST OF MARIN I, INC.; COMCAST OF |
| 10 | MARIN II, INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN |
| 11 | CALIFORNIA II, INC.; COMCAST OF SACRAMENTO I, LLC; COMCAST OF |
| 12 | SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, |
| 13 | INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 17 | JON HART, On Behalf of Himself and All Others Similarly Situated, and On Behalf of the General Public, | Case No. C-07-06350 PJH |
| 18 | Plaintiff, | **NOTICE OF PENDENCY OF OTHER ACTION OR** |
| 19 | v. | **PROCEEDING**<br>**[CIV. L.R. 3-13]** |
| 20 | COMCAST OF ALAMEDA, INC.; COMCAST OF CALIFORNIA II, INC.; COMCAST OF CALIFORNIA | |
| 21 | III, INC.; COMCAST OF CALIFORNIA IX INC.; COMCAST OF CALIFORNIA V INC.; COMCAST OF | |
| 22 | CALIFORNIA VI INC.; COMCAST OF CALIFORNIA X INC.; COMCAST OF CALIFORNIA XIII INC.; | |
| 23 | COMCAST CORPORATION; COMCAST OF FRESNO, INC.; COMCAST OF MARIN I, INC.; COMCAST OF | |
| 24 | MARIN II, INC.; COMCAST OF NORTHERN CALIFORNIA I, INC.; COMCAST OF NORTHERN | |
| 25 | CALIFORNIA II, INC.; COMCAST OF SACRAMENTO I, LLC; COMCAST OF | |
| 26 | SACRAMENTO II, LLC; COMCAST OF SAN LEANDRO, INC.; COMCAST OF SIERRA VALLEYS, | |
| 27 | INC.; and DOES 1-250, | |
| 28 | Defendants. | |

DRINKER BIDDLE & REATH LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105

Pursuant to Civil L.R. 3-13, defendants submit the following Notice of Pendency of Other Actions:

On February 16, 2008, a lawsuit was filed against affiliates of defendant Comcast Corporation ("Comcast") in the District of Columbia Superior Court. The case, captioned *Sidner v. Comcast of the District*, Civil Action No. 2008 CA 001180 B, is a putative class action brought by Comcast District of Columbia high-speed internet service subscribers and, like this matter, relates to Comcast's network management.

On June 5, 2008, a lawsuit was filed against Comcast affiliates in the Superior Court of California, County of Los Angeles. The case, captioned *Rea v. Comcast of California II, Inc. et al.*, BC 392029, is a putative class action brought by Comcast California high-speed internet service subscribers and also relates to Comcast's network management. All of the Defendants in *Rea* are also named in this matter.[1]

It is premature to know at this point whether coordination of these cases will be appropriate.

Respectfully submitted,

Dated: June 17, 2008

DRINKER BIDDLE & REATH LLP

/s/ Michael J. Stortz
MICHAEL J. STORTZ

*Counsel for Defendants*

---

[1] Defendants understand that three similar cases have been filed (but not served) in New Jersey and Illinois state courts and in the United States District Court for the Eastern District of Pennsylvania.