UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** June 18, 2008                                            **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-6350 PJH

**Case Name:** Jon Hart v. Comcast of Alameda, et al.

**Attorney(s) for Plaintiff:**     Mark N. Todzo
**Attorney(s) for Defendant:**     Seamus Duffy; Michael P. Daly

**Deputy Clerk**: Nichole Heuerman          **Court Reporter**: Lydia Zinn

**PROCEEDINGS**

    The court informs defense counsel that the footnotes in the briefs submitted to the court do not comply with the local rules. Any further briefs that are submitted to the court and do not comply with the local rules re: footnotes will be stricken.

    Defendants' Motion for Judgment on the Pleadings-Held. The court takes the matter under submission.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file